

08 CV 7523

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NIR Diagnostics Inc.,                               :
                                                    :
                        Plaintiff,                  :  No. 08 Civ. _____ (      )
                                                    :
        -against-                                   :  RULE 7.1 STATEMENT
                                                    :
Nu Skin Enterprises, Inc.,                          :  ECF CASE
                                                    :
                        Defendant.                  :
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.0] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff NIR Diagnostics Inc. ("NIR") certifies that NIR is a publicly traded company, shares of which are traded under the symbol "NID" on the TSX Venture Exchange. NIR certifies that it has no parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Dated: Nanuet, New York
August 26, 2008

          Respectfully submitted,

          The Pitcock Law Group

          By: _____
               Jeremy S. Pitcock (JP-4954)

          Office and P.O. Address:

          The Pitcock Law Group
          20 Old Nyack Turnpike, Suite 307
          Nanuet, NY 10954
          (845) 215-9911

          Attorneys for NIR Diagnostics Inc.